## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.    SACV 12-2095 JVS (MLGx).    Date    December 7, 2012

Title    Greenberg v. Eagan Avenatti, LLP

Present: The Honorable    James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**    (IN CHAMBERS)    Order to Show Cause re Jurisdiction

The Court has made a preliminary review of the jurisdictional allegations in the:

X    Complaint, filed December 4, 2012

Notice of Removal ("Notice")

by David Greenberg ("Greenberg").

The initial pleading invokes jurisdiction on the basis of diversity of citizenship, 28 U.S.C. § 1332(a)(1).  (Complaint, ¶ 10.)  Jurisdiction on this basis requires complete diversity. The citizenship of a limited partnership takes on the citizenship of all members of the partnership.  Carden v. Arkoma Associates, 494 U.S. 185, 195-96 (1990).

The Complaint fails to set forth the identity and citizenship of each partner of Eagan Avenatti, LLP.  Without this information, the Court cannot tell if jurisdiction has been properly invoked.

Greenberg is ordered to file an amended initial pleading  within ten days setting forth the citizenship of each partner.  If a partner is itself a partnership of limited liability company the citizenship of each such member shall also be set forth.

**A failure to respond may result in dismissal for lack of jurisdiction.**

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | kjt | |